**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division**

Patricia Kennedy
                          Plaintiff,

v.                                              Case No.: 1:20−cv−01237
                                                Honorable Robert M. Dow Jr.

Michigan Avenue Suites, L.L.C.
                          Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 12, 2020:

MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's notice of voluntary dismissal [8] filed on 3/11/2020, this action is dismissed without prejudice. Initial status hearing set for 3/26/2020 is stricken. Civil case terminated. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.